Noah D. Lebowitz [SBN 194982]
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: noah@dplolaw.com

Attorneys for Plaintiff
LINDA ELLIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO STATE UNIVERSITY, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  15-CV-02273  TEH<br><br>**DECLARATION OF NOAH D. LEBOWITZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL**<br><br>Date:      July 25, 2016<br>Time:      10:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge:     Hon. Thelton E. Henderson |

I, NOAH D. LEBOWITZ, declare:

   1. I am a partner in the law firm Duckworth Peters Lebowitz Olivier LLP, counsel of record for the Plaintiff in this case.  I am duly licensed to practice law in front of all courts in the State of California.  The following is based on my personal knowledge, and if called, I could testify competently thereto.

- 1 -

DECLARATION OF NOAH D. LEBOWITZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

2. The First Amended Complaint in this case was filed on July 14, 2015. I have reviewed what is attached hereto as **Exhibit A** and can attest it is true and correct copy of the First Amended Complaint.

3. The Answer in this case was filed on August 7, 2015. I have reviewed what is attached hereto as **Exhibit B** and can attest it is true and correct copy of the Defendant's Answer in this case.

4. I have reviewed what is attached hereto as **Exhibit C** and can attest it is a true and correct copy of two letters sent from Bryan Kauffman to Linda Ellis on May 20, 2014. Mr. Kauffman authenticated these documents at his deposition at page 46:19-25.

5. On May 11, 2016 I took the deposition of Bryan Kauffman. I have reviewed what is attached hereto as **Exhibit D** and can attest it is true and correct copies of cited excerpts from Mr. Kauffman's deposition transcript.

6. I have reviewed what is attached hereto as **Exhibit E** and can attest it is a true and correct copy of an email exchange between Bryan Kauffman and Linda Ellis over the dates May 20-23, 2014. Mr. Kauffman authenticated these documents at his deposition at page 55:5-23.

7. I have reviewed what is attached hereto as **Exhibit F** and can attest it is a true and correct copy of an email exchange between Bryan Kauffman and Linda Ellis over the dates May 20-29, 2014. Mr. Kauffman authenticated these documents at his deposition at pages 63:19-64:24.

8. On February 16, 2016, I took the deposition of Elliot Henderson, PhD. I have reviewed what is attached hereto as **Exhibit G** and can attest it is true and correct copies of cited excerpts from Dr. Henderson's deposition transcript.

9. On February 5, 2016, I attended the deposition of Linda Ellis. I have reviewed what is attached hereto as **Exhibit H** and can attest it is true and correct copies of cited excerpts from Professor Ellis' deposition transcript.

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104

10. On February 8, 2016, I took the deposition of Edward Luby. I have reviewed what is attached hereto as **Exhibit I** and can attest that it is true and correct copies of cited excerpts from Professor Luby's deposition transcript.

11. I have reviewed what is attached hereto as **Exhibit J** and can attest it is a true and correct copy of an email exchange primarily between Linda Ellis and Edward Luby over the dates September 18-25, 2012. Professor Luby authenticated these documents at his deposition at page 180:11-20.

12. I have reviewed what is attached hereto as **Exhibit K** and can attest it is a true and correct copy of an email exchange primarily between Linda Ellis, Christine Fogarty and Edward Luby on February 20, 2013. Professor Luby authenticated these documents at his deposition at page 184:4-14.

13. I have reviewed what is attached hereto as **Exhibit L** and can attest it is a true and correct copy of an email exchange primarily between Linda Ellis, Christine Fogarty and Edward Luby over the dates March 14-15, 2014. Professor Luby authenticated this document at his deposition at page 195:22-196:21.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of June, 2016 at San Francisco, California.

                                               _____/s/ Noah D. Lebowitz_____
                                                        Noah D. Lebowitz

DECLARATION OF NOAH D. LEBOWITZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT