IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA ELLIS,                      No. C-15-2273 TEH

                                                   **ORDER OF DISMISSAL**

         Plaintiff,

  v.

SAN FRANCISCO STATE UNIVERSITY,

         Defendant.

_____/

     The parties having advised the Court that they have agreed to a settlement of the above-titled action,

     IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: September 19, 2016

                                           THELTON E. HENDERSON
                                           United States District Judge